Abigail Anderson Gowdy
1022 Hunter Green Lane
Spartanburg, SC 29302
abigail.a.gowdy@gmail.com
(864) 542-4936

July 9, 2025

**RE: Character Reference for Dexter Lovett**

To the Honorable Judge Presiding,

While I do not have a particularly personal relationship with Mr. Lovett, I have had the benefit of watching him be a father to his daughter, Eva, over the years. Eva loves her father very loudly and cherishes time spent with him. I think I can safely say her father loves her just as loudly. I have never been to birthday party of Eva's where Mr. Lovett was not present and actively engaging with his daughter and all of her friends. Dexter is not a father who misses school events, games, or events involving Eva. While I know he may windLove up having to spend time away from her in resolving these matters before the Court, I wanted the Court to know that regardless of where Dexter is for any amount of time, I am confident he will remain the active, loving father that his daughter has always known him to be. I believe she benefits greatly from having both of her parents in her life, and I pray that he will be allowed to continue to parent her and be involved in her life during this next season of his.

Thank you for your time and consideration of this letter.

Sincerely,

*Abigail Anderson Gowdy*

Abigail Anderson Gowdy

May 29, 2025

To Whom This May Concern,

My name is Rickey Makupson III (SGT, US ARMY) and I have known Dexter Lovett for many years. Being active duty in the military for almost a decade, I have met many people from all over the world, every walk of life, and I can say with confidence that Dexter consistently demonstrates the qualities of an exceptional man and father. He shows unwavering dedication to his daughter Eva, always placing her well-being, growth, and happiness above his own needs. Whether he's helping with schoolwork, attending events, or simply being present in her life, he makes sure his daughter feels loved, supported, and secure.

Despite what his charges may say, he treats everyone around him with genuine kindness and compassion. He listens with patience, speaks with respect, and acts with empathy, even in difficult situations. When he makes a mistake, he owns it. He does not shift blame or make excuses; instead, he acknowledges his actions, seeks to make amends, and works actively to improve. This is evident in his effort to maintain a stable job and abiding by his current curfew and stipulations. His humility stands out and he accepts feedback with grace and gratitude.

What impresses me most is his capacity for remorse and personal growth. When faced with past errors, he reflects deeply, accepts responsibility, and strives to become a better version of himself. He does not take second chances lightly; he uses them to do right by his family and community.

In every aspect of his life, Dexter acts with integrity and a heart. He leads by example and inspires trust in those who know him. Respectfully I ask the court to refer to the Bible story of the Prodigal's Son, and how being merciful and forgiving can lead to redemption or restoration. Please feel free to reach out to me regarding any questions or clarification.


Thank you,

SGT Makupson, Rickey

US ARMY

Mrs. LeDonna K. Gist
1828 Walton Lane, SE
Smyrna, GA, 30082
LeDonnaGist@gmail.com

28 May 2025

Dear Judge Collins,

I am writing in hopes to provide a different glimpse into the character of Dexter Wardell Lovett Jr. (DJ); who is appearing before your court. I've known DJ his entire life as I was blessed with being his God-Mother. A tittle that I hold dear to my heart as I've watched this young man grow, and try to navigate life and have witnessed his maturation as he entered parenthood.

DJ has always been a respectful, and compassionate person, even as a child. DJ was raised to be respectful and to always trust in God. I've watched him chase his dreams as he attempted to get into the music industry and channel his artistic expression as he'd weave fictional accounts of what life can be like in his rhymes. I became a fan of how he musically expressed himself and fondly remember days when we'd have rap battles in the car after many trips to Carowinds. As DJ grew older and life became more complicated I watched him adapt, adjust and overcome obstacles and he's always come out stronger and a better person. DJ has always maintained a big heart. A young man that even as an adult teenager, he became a father figure/big brother to his cousin Matt as he understood the impact of having male role model could have on him. As I mentioned DJ is my God-Son and my oldest sister was his oldest brother's Godmother. When my sister passed away unexpectedly, the day of her memorial service as I'm engulfed in pain, and sorrow and everything seemed a blur; one of the memories I have and will never forget is witnessing him consoling his brother and hearing him tell him "we can share my God mama". That was in 2016 and he meant it. Seeing that display of empathy and emotional iq is just a small glimpse into how big his heart is. A heart that seemed to grow even larger as he welcomed his first and only child into the world. A beautiful daughter whom he named after his grandmother that had recently passed away. DJ is a very proud, active, loving father that hasn't missed a moment of his daughter's life. From the beginning he stepped into his own as he realized how important it is to be there for her and ensure she has a strong foundation. I've watched him rock her to sleep, change her diapers, teach her compassion, love on her and guide her in a way that only a father could. The way she looks at her daddy there's no question he's the apple of her eye and it's clear that she has him wrapped around her finger.

I know the narrative that could be easy for someone to believe but I would be remised to say and can't stress how much of an impact DJ has in his daughter's life and how great of a father he is, how kind, respectful, and caring he is. It is my hopes and certainly my prayer that you take this into consideration and it gives more context to the continuously evolving man DJ is still becoming.

Sincerely,
LeDonna K. Gist

**Curtis Smith (Ret. Army SFC)**

**29 May 2025**

25206 Delilah Circle
Athens, AL 35613
719-332-5431

**To Whom this May Concern,**

I am writing this letter on behalf of Dexter Lovett Jr, a young man I have had the privilege of knowing for his entire life, as his older cousin. I am aware of the legal challenges he is currently facing, and I respectfully ask the court to consider this letter as a testimony to his character, growth, and commitment to change.

Dexter Lovett Jr is a father to a beautiful young daughter, and over the past several months, there has been a deep and sincere transformation in him. Since his last court appearance, he has maintained steady employment, working diligently and consistently for the past seven months. He has embraced the responsibility of providing for his child and has taken significant steps to become a stable and positive influence in her life.

What stands out most to me is his honesty in accepting his past mistakes and his willingness to learn from them. He has expressed, on multiple occasions, that this situation has been a turning point in his life. Rather than making excuses, he has shown humility and taken accountability for his actions. He understands the consequences and is genuinely committed to doing better—not only for himself but for the future of his daughter.

Consistency, responsibility, and growth are not always easy to measure, but they are evident in the way Dexter Lovett Jr now approaches life. His work ethic, his involvement in his daughter's life, and his changed behavior show that he is not the same man who made those past decisions. He is growing, learning, and becoming the man and father he was created to be.

I truly believe that Dexter Lovett Jr deserves a second chance—a chance to continue building a life of integrity and purpose. With the right support and continued guidance, I am confident he will continue down this path of positive change.

Thank you for considering this letter. I am willing to speak further if additional context or clarification is needed.

Sincerely,
**Curtis Smith (Ret. Army SFC)**

Cousin of the defendant